# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of has changed. The new address is:

Please update your records accordingly.

Date:

Signature

[3/2020]