# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In re:

CHANG, CHUAN MIN
WANG, CHIU CHUAN

Debtor(s).

Chapter 7

Case No. 19-51152

## APPLICATION OF TRUSTEE FOR COMPENSATION

**TO:   THE HONORABLE ELAINE M. HAMMOND, UNITED STATES BANKRUPTCY JUDGE**

The application of Fred Hjelmeset, brought pursuant to Section 330, Bankruptcy Code, respectfully shows that he is the duly appointed Trustee in Bankruptcy in the above captioned estate, that the assets of said debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $0.00.

In the administration of said estate, your applicant has performed those services required by a Trustee.

Your applicant deems said services to be reasonably worth $32,000.00. The statutory allowance is the sum of $32,000.00 and your applicant has heretofore received on account of his compensation as such Trustee the sum of $0.00.

Your applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed (other than a law partner or forwarding Attorney-at-Law). Your applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, your applicant has paid out of his own funds the following expenses properly chargeable to said estate, none of which have been repaid, and for which he requests reimbursement, to wit:

POSTAGE:    70.00

COPIES:      2.00

NOTARY:     45.00

TOTAL:          117.00


      WHEREFORE, Fred Hjelmeset requests reimbursement for such allowance for his services herein as the Court finds reasonable and just.


DATED: December 22, 2021

/s/ Fred Hjelmeset
Fred Hjelmeset, Chapter 7 Trustee

**Compensation and Expense Worksheet**

Case Number: 19-51152

Debtor: CHUAN CHANG

CHIU WANG

## 1. COMPUTATION OF COMPENSATION

Pursuant to 11 U.S.C. §326, compensation is computed as follows:

| Receipts | 575,000.00 | 25% of First $5,000.00 | 1,250.00 |
|---|---|---|---|
| Less | ($5,000.00) | ($1,250.00 Max) | |
| Balance | 570,000.00 | 10% of next $45,000.00 | 4,500.00 |
| Less | ($45,000.00) | ($4,500.00 Max) | |
| Balance | 525,000.00 | 5% of next $950,000.00 | 26,250.00 |
| Less | ($950,000.00) | ($47,500.00 Max) | |
| Balance | 0.00 | 3% of Remaining Balance | 0.00 |

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | 32,000.00 |
| Less Previously Paid Compensation: | 0.00 |
| **TOTAL COMPENSATION REQUESTED:** | 32,000.00 |

## 2. TRUSTEE EXPENSES

TOTAL:     117.00

| | |
|---|---|
| TOTAL COMPENSATION CALCULATED: | 32,000.00 |
| Less Previously Paid Compensation: | 0.00 |
| **TOTAL EXPENSES REQUESTED:** | 117.00 |
| **TOTAL EXPENSES AND COMPENSATION REQUESTED:** | 32,117.00 |

DATED: December 22, 2021

/s/ Fred Hjelmeset

Fred Hjelmeset, Chapter 7 Trustee
P.O. Box 4188
Mountain View, CA 94040

FRED HJELMESET
P.O. Box 4188
Mountain View, CA 94040
(650) 386-5634
fhtrustee@gmail.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

CHANG, CHUAN M. and
WANG, CHIU CHUAN,

                                    Debtors.

Case No. 19-51152 MEH

Chapter 7

**TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES –
NARRATIVE SUMMARY**

      Chuan M. Chang and Chiu Chuan Wang ("Debtors") filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on June 6, 2019. The case was converted to one under Chapter 7 on November 12, 2020, and Fred Hjelmeset ("Applicant") was thereupon appointed trustee.  Applicant investigated the financial affairs of the Debtors and recovered proceeds from the sale of three real properties, the nonexempt equity in three vehicles, and the nonexempt funds in four bank accounts.

      Applicant has served as trustee continuously during the time of his appointment.

      Applicant reviewed schedules and conducted his own independent property search and investigation.

      Applicant conducted the meeting of creditors, questioned the Debtors, and made inquiry as to the value and location of assets and Debtors' records.

Case: 19-51152    Doc# 255    Filed: 01/21/22    Entered: 01/21/22 13:44:47    Page 4 of 26

Applicant found that the Debtors filed their Chapter 13 petition following an arbitration ruling in favor of the two largest creditors of the estate, James Hwang and Debra Wu (collectively, "Creditors"). The bankruptcy petition was filed on the same day the state court held a hearing on Creditors' petition for an order confirming the arbitration award.

In its conversion order, the Bankruptcy Court found that the Debtors had misrepresented facts, unfairly manipulated the Code, and engaged in egregious behavior. The Court concluded that the case had been filed and pursued in bad faith.

Applicant determined that there was nonexempt equity value in three real properties, three vehicles, and several bank accounts.

Applicant employed Rincon Law, LLP as general counsel to assist in investigating Debtors' assets and liabilities, and in recovering the value of these and other possible assets.

Applicant investigated Debtors' interest in a 2008 Ford F-250 truck, a 2013 Ford Transit van, and a 2016 Audi Q5 passenger car. Applicant determined there was nonexempt value in the vehicles, and contacted Debtors' counsel inquiring whether the Debtors were interested in purchasing this equity from the estate. Applicant also investigated Debtors' interests in several bank accounts, and obtained account statements from the Debtors. Following negotiations, Applicant entered into an agreement with the Debtors valuing the estate's interests in the bank accounts at $5,000 and selling the equity in the vehicles to the Debtors for $25,000. Applicant sought and obtained an order authorizing the agreement, and recovered the entire amount of $30,000 from the Debtors.

Applicant investigated the Debtors' interest in two parcels of raw land in Arizona. Applicant sought and obtained an order authorizing the employment of a real estate broker, and marketed the Arizona properties for sale. Applicant entered into purchase agreements with willing buyers and sought and obtained orders authorizing the sale of the properties, which resulted in gross proceeds of about $70,000.

Applicant investigated the Debtors' interest in residential property located in Patterson, California. Applicant objected to the Debtors' claim of a $170,350 homestead exemption in the property. The Court sustained the objection after a hearing. Applicant sought an order authorizing the employment of a real estate broker, but the Debtors objected. Following a hearing, the Court overruled the objection and entered an order authorizing the employment of the broker. Applicant marketed the Patterson property for sale, and received several offers.

Case: 19-51152   Doc# 255   Filed: 01/21/22   Entered: 01/21/22 13:44:47   Page 5 of 26

Applicant entered into a purchase agreement with the offeror with the best offer, and sought and obtained an order authorizing the sale, which resulted in gross proceeds of about $475,000.

Applicant investigated other possible assets, but determined that they had no value.

Applicant employed Kokjer Pierotti Maiocco & Duck LLP as the estate's accountant and filed tax returns. Applicant consulted with the accountant regarding tax issues, including those related to the sale of the real properties.

Applicant routinely conferred with counsel regarding the liquidation of assets, administration of the estate and potential other matters. Applicant reviewed and analyzed the claims filed with the Court and determined that three claims were objectionable. Applicant sought and obtained orders sustaining the objections and disallowing the claims. The Creditors, the Debtors, and Debtors' daughter entered into a settlement agreement whereunder the Creditors reduced their claim and the daughter subordinated her claims. Applicant was not a party to the agreement. The Court entered an order approving the agreement. Pursuant to the proposed distribution filed herewith, after the Chapter 7 administrative claims are paid in full, there will be a 100% distribution, with interest, on all allowed claims.

Applicant has maintained a blanket bond in the amount of at least 150% of the estate's assets. Applicant has prepared his Final Report and Application for Compensation and Reimbursement of Expenses, and this Narrative Summary.

A total of 104.1 hours will have been devoted to the administration of this estate, broken down into categories as follows:

- Investigation of Debtor's Financial Affairs: 36.6
- Asset Recap, Analysis and Recovery: 47.0
- Claims Administration and Objections: 9.3
- Professionals, Employment and Management: 5.7
- Fee Application: 5.5

A detailed Timesheet Report is attached hereto.

Case: 19-51152   Doc# 255   Filed: 01/21/22   Entered: 01/21/22 13:44:47   Page 6 of 26

DATED:      This 22nd day of December, 2021          Respectfully submitted,


 /s/ Fred Hjelmeset
Fred Hjelmeset, Chapter 7
Trustee

4

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)

## Period: 11/13/20 - 12/22/21

| | |
|---|---|
| **Case Number:** 19-51152 | **Case Name:** CHUAN M. CHANG AND CHIU C. ... |
| **Case Type:** Asset | **Judge:** ELAINE M. HAMMOND |

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 12/22/21 | Claims Administration and Objections | Review email from KD re claim now amended; review attachment; draft response | 0.10 | $0.00 |
| 12/21/21 | Claims Administration and Objections | Draft email to KD re amending Claim 8 | 0.10 | $0.00 |
| 12/16/21 | Claims Administration and Objections | Draft email to KD re amend POC-8 | 0.10 | $0.00 |
| 12/15/21 | Fee Applications | Draft fee application | 1.20 | $0.00 |
| 12/08/21 | Professionals | Employment and management Review email from TA re fee application; review 2 attachments; draft response | 0.30 | $0.00 |
| 12/08/21 | Claims Administration and Objections | Draft email to KD re amend claim 8; review response from SL | 0.20 | $0.00 |
| 12/08/21 | Fee Applications | Review, revise, and organize time sheets | 3.10 | $0.00 |
| 12/07/21 | Claims Administration and Objections | Call with TA re order re compromise re claims; review emails from TA re same; review attachments | 0.40 | $0.00 |
| 12/07/21 | Fee Applications | Applications for compensation and reimbursement Review and organize time sheets | 1.20 | $0.00 |
| 12/02/21 | Claims Administration and Objections | Review and analyze claims | 0.30 | $0.00 |
| 11/29/21 | Claims Administration and Objections | Call with TA re claims issues; Review email from TA re status of settlement motion | 0.20 | $0.00 |
| 10/27/21 | Investigation of Financial Affairs of Debtors | Exchange emails with TA re closing issues | 0.20 | $0.00 |
| 10/20/21 | Claims Administration and Objections | Review email from TA re status of creditors' settlement agreement | 0.10 | $0.00 |

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)

## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 10/19/21 | Claims Administration and Objections | Review application for compromise; review notice; review email from TA re same | 0.30 | $0.00 |
| 10/18/21 | Claims Administration and Objections | Review email from TA re status of creditors' negotiations | 0.10 | $0.00 |
| 10/12/21 | Claims Administration and Objections | Review email from TA re executed settlement; review attachment; call with TA re same; draft email to TA re same; Exchange emails with TA re no additional fees sought by DA | 0.70 | $0.00 |
| 10/07/21 | Claims Administration and Objections | Review email from WS re redlined draft agreement; review attachments | 0.30 | $0.00 |
| 10/06/21 | Claims Administration and Objections | Review email from TA re claim negotiations delayed | 0.10 | $0.00 |
| 10/04/21 | Claims Administration and Objections | Review notice from IRS re tax issues; draft email to RP re same; review email from TA re creditors' agreement | 0.40 | $0.00 |
| 09/29/21 | Investigation of Financial Affairs of Debtors | Review letter from RP re tax returns; review tax returns | 0.20 | $0.00 |
| 09/29/21 | Claims Administration and Objections | Review email from TA re creditors' negotiations; draft response | 0.20 | $0.00 |
| 09/24/21 | Investigation of Financial Affairs of Debtors | Review email from RP re tax returns | 0.10 | $0.00 |
| 09/23/21 | Claims Administration and Objections | Review email from TA re claims settlement agreement and claims subordination agreement; review attachments; draft email to TA re same; review records re taxes; draft email to RP re tax returns | 0.80 | $0.00 |
| 09/23/21 | Assets Recap | Exchange emails with RP re tax returns information | 0.30 | $0.00 |
| 09/16/21 | Claims Administration and Objections | Review order disallowing claim 1 | 0.10 | $0.00 |
| 09/16/21 | Investigation of Financial Affairs of Debtors | Exchange emails with TA re closing issues | 0.20 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 09/15/21 | Claims Administration and Objections | Review emails from WS and KD re settlement agreement re claims; review draft agreement | 0.40 | $0.00 |
| 09/14/21 | Claims Administration and Objections | Review claims; draft email to TA re claims issues, claims resolutions | 0.50 | $0.00 |
| 09/08/21 | Claims Administration and Objections | Call with TA re claims | 0.10 | $0.00 |
| 09/07/21 | Claims Administration and Objections | Review claims; Exchange emails with TA re same | 0.60 | $0.00 |
| 09/07/21 | Investigation of Financial Affairs of Debtors | Review default judgment against Debtor in AP; review order re same | 0.20 | $0.00 |
| 09/04/21 | Claims Administration and Objections | Review emails from KD and WS re revised agreement; review redlined attachment | 0.30 | $0.00 |
| 09/02/21 | Claims Administration and Objections | Review orders sustaining objections to claims 4 and 7; review email from TA re same | 0.30 | $0.00 |
| 08/25/21 | Assets Recap | Exchange emails with TA re sale; review attachment | 0.30 | $0.00 |
| 08/24/21 | Investigation of Financial Affairs of Debtors | Exchange emails with RP re tax issues | 0.20 | $0.00 |
| 08/23/21 | Investigation of Financial Affairs of Debtors | Review email from RP re tax issues | 0.10 | $0.00 |
| 08/18/21 | Investigation of Financial Affairs of Debtors | Review email from RP re tax issues | 0.10 | $0.00 |
| 08/12/21 | Assets Recap | Call with TA re sale; Review email from TA re same, closing; draft response | 0.30 | $0.00 |
| 08/11/21 | Claims Administration and Objections | Review objection to claim, supporting documents | 0.10 | $0.00 |
| 08/06/21 | Assets Recap | Review emails from NG re sale issues; draft response re same | 0.40 | $0.00 |
| 08/04/21 | Claims Administration and Objections | Review objections to claims 4 and 7; review supporting documents | 0.30 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 08/04/21 | Assets Recap | Review emails from NG re access to property; missing item; call from NG re same; Review email from escrow officer SB re escrow docs; review attached docs; draft email to TA re same; call with TA re same; draft email to SB re signature; review response; draft email to RP re tax docs; call with RP re same | 2.10 | $0.00 |
| 08/03/21 | Assets Recap | Review emails from NG re property issues, items removed, house locked up; draft response; review emails from TA re same; call with TA re same, sale issues; review email from TA re same; call to escrow officer re sale issues; draft email to TA re same; review records re deed; draft email to escrow re changes needed | 1.90 | $0.00 |
| 08/03/21 | Claims Administration and Objections | Call with TA re claims; Review emails from KD and WS re settlement negotiations; review attachment | 0.40 | $0.00 |
| 08/02/21 | Assets Recap | Review emails from NG re property, items removed, deadlocks thrown; follow up re same; Review email from TA re same | 0.40 | $0.00 |
| 07/29/21 | Assets Recap | Review email from SB re draft grant deed; review attachment; draft response | 0.30 | $0.00 |
| 07/28/21 | Assets Recap | Review order authorizing sale; Exchange emails with TA re sale; Review email from SB re order | 0.40 | $0.00 |
| 07/20/21 | Assets Recap | Review email from SB re no deposit | 0.10 | $0.00 |
| 07/17/21 | Assets Recap | Review email from TA re vacating property issues | 0.10 | $0.00 |

Case: 19-51152   Doc# 255   Filed: 01/21/22   Entered: 01/21/22 13:44:47   Page 11 of 26

**Trustee: Fred Hjelmeset (001090)**

**Period: 11/13/20 - 12/22/21**

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 07/15/21 | Assets Recap | Review email from NG re DA requests | 0.10 | $0.00 |
| 07/14/21 | Assets Recap | Review email from NG re no overbidders, status of moveout; Review emails from TA re requests from DA re sale; review attachment | 0.30 | $0.00 |
| 07/13/21 | Assets Recap | Review email from TA re property issues | 0.10 | $0.00 |
| 07/13/21 | Assets Recap | Review response from USB re sale; call with TA re sale | 0.20 | $0.00 |
| 07/08/21 | Assets Recap | Review email from escrow officer SB re draft order | 0.10 | $0.00 |
| 07/07/21 | Assets Recap | Review email from TA re draft sale order; review attachment | 0.20 | $0.00 |
| 07/06/21 | Assets Recap | Review email from NG re contingency issues; review attachment | 0.20 | $0.00 |
| 07/06/21 | Assets Recap | Review email from TA re moving papers re sale; review 6 attachments | 0.30 | $0.00 |
| 07/04/21 | Assets Recap | Review emails from TA and NG re sle issues | 0.10 | $0.00 |
| 07/03/21 | Assets Recap | Exchange emails with TA and NG re sale issues | 0.40 | $0.00 |
| 07/02/21 | Claims Administration and Objections | Claims review, analysis, objection, administration Review claims | 1.50 | $0.00 |
| 07/02/21 | Assets Recap | Review email from TA re sale issues; draft response | 0.20 | $0.00 |
| 07/01/21 | Assets Recap | Review email from NG re sale issues; draft response; review reply; review emails from TA re same | 0.50 | $0.00 |
| 06/30/21 | Assets Recap | Review email from TA re proposal from creditors; Review additional email from TA re same; review attachment; review records; draft response; review reply | 0.60 | $0.00 |

**Trustee: Fred Hjelmeset (001090)**

**Period: 11/13/20 - 12/22/21**

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 06/25/21 | Assets Recap | Review email from NG re extension; review attachment; Review email from TA re same; draft response to TA; draft response to NG | 0.50 | $0.00 |
| 06/24/21 | Assets Recap | Review emails re loan contingency; review records re same; darft email to TA re deadlines | 0.40 | $0.00 |
| 06/23/21 | Assets Recap | Review emails re payoff, buyer's declarations; review attachments | 0.30 | $0.00 |
| 06/22/21 | Assets Recap | Review email from TA re estimated statement re Patterson property; review attachment | 0.20 | $0.00 |
| 06/21/21 | Assets Recap | Review email from NG re sale issues, contingencies; Review email from TA re same, notice date; Review email from TA re payoff issues; Review email from NG re same; review email from TA re GF purchaser issues; review attachments; draft email to NG re same | 0.60 | $0.00 |
| 06/17/21 | Assets Recap | Review email from NG re sale issues; draft response | 0.20 | $0.00 |
| 06/16/21 | Assets Recap | Review email from TA re offer from Ds; review offer; draft response re same; review email from TA re same; Review email from TA re lis pendens issues; review attachment | 0.80 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 06/14/21 | Assets Recap | Review email from NG re executed offers; review attachments; draft response; review further emails from TA and NG re sale issues; Review email from NG re disclosures; review attachments; draft response; review email from TA re sale notice; review sale notice; draft response to TA re same | 1.70 | $0.00 |
| 06/12/21 | Assets Recap | Review email from TA re auction issues; draft response | 0.20 | $0.00 |
| 06/11/21 | Assets Recap | Review email from TA re revised counter; review attachment; draft response; review additional emails re same; Review email from TA re possible auction; draft response; Review email from TA re tax consequences; draft response; draft email to RP re same; review response; draft reply; review email from TA re additional fatcts re tax issues; Review email from TA re creditors' lis pendens; review emails from RP re tax consequence analysis; review emails from TA re same; review attachments | 2.50 | $0.00 |
| 06/10/21 | Assets Recap | Review email from NG re offers; review numerous attachments; call with TA re same; call with NG re same; review emails from TA and NG re counteroffer; review attachments; draft email to TA and NG re same; call with NG | 1.50 | $0.00 |

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)

## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 06/09/21 | Investigation of Financial Affairs of Debtors | Call with TA re asset issues; review records re real property; draft email to accountant RP re possible tax consequences from sale | 0.50 | $0.00 |
| 06/08/21 | Assets Recap | Call from NG re offer; draft email to DA re same; review 9th Cir BAP decision re affirm conversion of case; draft email to TA re same; review response; draft reply | 0.90 | $0.00 |
| 06/08/21 | Claims Administration and Objections | Review claims, match with scheduled claims | 0.30 | $0.00 |
| 06/04/21 | Assets Recap | Call from NG re offer; draft email to DA re same | 0.30 | $0.00 |
| 06/03/21 | Assets Recap | Review email from DA re offer to buy; draft email to TA re same | 0.30 | $0.00 |
| 06/02/21 | Assets Recap | Review email from NG re D resistance; draft response; review emails from TA re same; Review email from DA re same; Reveiew emails from DA and TA re negotiations; call with TA re same | 0.90 | $0.00 |
| 06/01/21 | Assets Recap | Review email from NG re sale issues; draft email to NG re same | 0.20 | $0.00 |
| 05/28/21 | Professionals | Review email from NG re listing agreement; review attachments; Review email from TA re same; draft email to NG re same | 0.60 | $0.00 |
| 05/27/21 | Assets Recap | Review emails from NG re sale issues; draft email to NG re same | 0.30 | $0.00 |
| 05/25/21 | Assets Recap | Review emails from NG re sale issues | 0.20 | $0.00 |
| 05/24/21 | Professionals | Review order re broker employment | 0.10 | $0.00 |
| 05/24/21 | Assets Recap | Review email from TA re access to real property; review email from NG re same | 0.20 | $0.00 |

**Trustee: Fred Hjelmeset (001090)**

**Period: 11/13/20 - 12/22/21**

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|------------|-------|
| 05/21/21 | Assets Recap | Review records and documents re sale of Arizona properties; draft report of sale for Papago property; draft report of sale for Smith property | 0.80 | $0.00 |
| 05/19/21 | Assets Recap | Review emails from NG re sale issues; Review email from TA re same; Review email from Gilliam re payoff amount request | 0.30 | $0.00 |
| 05/18/21 | Investigation of Financial Affairs of Debtors | Review email from Farmers re insurance coverage; review attachment; draft response | 0.40 | $0.00 |
| 05/17/21 | Assets Recap | Review documents re insurance coverage; draft email to DA re previously requestd info re insurance; review emails from TA and DA re documents requested; call with TA re same; Exchange emails with insurance company re ins quote; review attachment; call with ins company re same; review insurance documents; draft email to Farmers agent re existing policy; review insurance quote from TIA; draft email to TA re same; review response; review email from DA re ins; review attachment; draft response | 2.40 | $0.00 |
| 05/14/21 | Professionals | Review objection to application to employ broker; review response | 0.20 | $0.00 |
| 05/14/21 | Investigation of Financial Affairs of Debtors | Call with TA re insurance coverage for Patterson property; review records re same; draft email to DA re current insurance; call to Trustee Ins Co re quote for coverage | 0.50 | $0.00 |

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 05/13/21 | Investigation of Financial Affairs of Debtors | Review email from TA re creditors' atty fees; Review email from TA re creditors' lis pendens; Review email from TA re AZ proceeds; draft response; Review email from TA re correspondence with DA; draft response | 0.80 | $0.00 |
| 05/12/21 | Professionals | Review email from NG re listing agmt; review attachments; call with TA re same; draft email to NG re proposed changes; review response from NG | 0.70 | $0.00 |
| 05/12/21 | Investigation of Financial Affairs of Debtors | Review email from TA re negotiations with DA re Patterson RP; review attachment; call with TA re same | 0.40 | $0.00 |
| 05/11/21 | Investigation of Financial Affairs of Debtors | Review email from NG re title report; review attachment; review email from TA re lis pendens; review attachment; review follow-up emails re same; call with NG re same; review email from NG re sale issues; Exchange emails with TA re same; call with TA re sale issues | 1.20 | $0.00 |
| 05/11/21 | Professionals | Exchange emails with TA re employment application for broker; review attachment | 0.30 | $0.00 |
| 05/10/21 | Assets Recap | Exchange emails with TA and NG re Patterson property; call with TA re same; review email from TA re c loan payoff; review attachments | 0.70 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|------------|-------|
| 05/07/21 | Investigation of Financial Affairs of Debtors | Exchange emails with TA re order sustaining objection; review order; review records re Patterson property; follow up re same; Review email from JS re funds from AZ properties sales; draft response; review reply | 1.00 | $0.00 |
| 05/07/21 | Professionals | Draft email to NG re listing agreement for Patterson property | 0.20 | $0.00 |
| 05/05/21 | Assets Recap | Review email from JS re recordation; review three attachments; review email from NG re same; | 0.50 | $0.00 |
| 05/04/21 | Assets Recap | Review email from JS re proceeds; review attachment; draft response; review reply | 0.50 | $0.00 |
| 05/03/21 | Assets Recap | Exchange emails with TA re trustee's deeds; review attachments; Exchange emails with escrow officer re same | 0.50 | $0.00 |
| 04/30/21 | Assets Recap | Meet with notary re escrow; Exchange emails with escrow officer re same | 0.80 | $0.00 |
| 04/29/21 | Assets Recap | Review numerous emails re sale issues; call with TA re same; Exchange emails with escrow officer JS re same; Exchange emails with TA re deed; review attachment; Exchange emails with escrow re notary; call with notary re same | 1.50 | $0.00 |
| 04/28/21 | Assets Recap | Review email from escrow officer JS re estimated settlement statement; review attachment; draft response; review email from JS re trustee deeds | 0.50 | $0.00 |
| 04/26/21 | Assets Recap | Review numerous emails re closing of sales; review attachments | 0.40 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 04/22/21 | Assets Recap | Review email from escrow officer JR re sale issues; review email from NG re same; emails from JR and TA re same; Review email from TA re sale issues; draft response; draft email to JR re sale issues | 0.80 | $0.00 |
| 04/16/21 | Assets Recap | Exchange emails with TA and NG re overbids | 0.30 | $0.00 |
| 04/15/21 | Assets Recap | Review email re wire, and follow up re same; Exchange emails with TA re same; call with TA re hearing, exemption issues, sale issues; Exchange emails with TA re sale order; review attachment; draft report of sale; review email from NG re no overbids | 1.30 | $0.00 |
| 04/05/21 | Assets Recap | Review emails from NG re sales issues; Review email from TA re same | 0.30 | $0.00 |
| 04/02/21 | Assets Recap | Review motion and notices re sale of real property; review DA's sur-reply to evidentiary objections; review numerous emails from NG re sale; review emails from TA re same; review attachments | 1.30 | $0.00 |
| 04/01/21 | Assets Recap | Review emails from NG re sales; review 4 attachments; Review email from TA re 363m declarations; review attachments; review email from NG re same | 0.80 | $0.00 |
| 04/01/21 | Professionals | Employment and management Exchange emails with accountant RP re emp app; review attachment | 0.40 | $0.00 |
| 03/31/21 | Professionals | Draft email to accountant RP re employment | 0.10 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 03/31/21 | Assets Recap | Review email from NG re sale; review attachments; review emails from NG and TA re same; call with TA re AZ properties sale; Exchange emails with TA re draft notice; review attachments; draft email to RP re tax consequences from sales; review reply; Exchange emails with TA re same | 1.80 | $0.00 |
| 03/29/21 | Assets Recap | Exchange emails with NG re title reports; review reports; Review emails from TA and NG re same | 0.70 | $0.00 |
| 03/25/21 | Assets Recap | Exchange emails with NG re earnest money deposit by buyers; review emails betw Ng and TA re same | 0.50 | $0.00 |
| 03/24/21 | Assets Recap | Review order re sale of cars | 0.10 | $0.00 |
| 03/22/21 | Assets Recap | Exchange emails with NG re addendum, sale issues; review attachment | 0.40 | $0.00 |
| 03/17/21 | Assets Recap | Review email from NG re sale contracts; review contracts; draft email to NG re same; review records re APNs; draft emails to NG re same; review emails from NG re reply; Exchange emails with TA re motion re car settlement | 1.20 | $0.00 |
| 03/17/21 | Assets Recap | Review email from NG re counter offers; review attachments; draft response re same | 0.50 | $0.00 |
| 03/16/21 | Assets Recap | Review email from bank re incoming; draft email to TA re same; Review email from TA to Diemer re compromise motion; Review email from NG re sale | 0.50 | $0.00 |

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)

## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------:|------:|
| 03/15/21 | Assets Recap | Exchange emails with TA re payment due from Debtors; Review email from NG re Az properties | 0.60 | $0.00 |
| 03/12/21 | Assets Recap | Review email from NG re addenda; review attachments; Exchange emails with TA re same; draft email to NG re signed addenda | 0.80 | $0.00 |
| 03/11/21 | Assets Recap | Exchange emails with NG re offers for AZ properties; review 6 attachments; draft email to TA re same; review email from TA re proposed changes; review attachment; draft email to NG re same; review reply | 1.60 | $0.00 |
| 03/10/21 | Assets Recap | Call from NG re offers for AZ properties; draft email to TA re same | 0.30 | $0.00 |
| 03/02/21 | Assets Recap | Review email from NG re armls listing for AZ RPs; review attachments | 0.30 | $0.00 |
| 02/27/21 | Investigation of Financial Affairs of Debtors | Review email from TA re objection to HS exemption | 0.10 | $0.00 |
| 02/26/21 | Investigation of Financial Affairs of Debtors | Investigation, review, analysis of financial affairs Review and analyze debtors' opposition to objection to HS exemption; review authorities re same; Exchange emails with TA re same; call with TA re discuss same | 1.00 | $0.00 |
| 02/24/21 | Assets Recap | Asset analysis and recovery, asset disposition Review order authorizing employment of broker; review email from NG re marketing properties | 0.20 | $0.00 |
| 02/23/21 | Assets Recap | Review records re settlement with Debtors; follow up re same | 0.40 | $0.00 |

**Trustee: Fred Hjelmeset (001090)**

**Period: 11/13/20 - 12/22/21**

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 02/22/21 | Professionals | Review email from TA re orders re brokers; review attachments | 0.30 | $0.00 |
| 02/22/21 | Assets Recap | Call with NG re AZ RPs; review records; draft email to NG re same; Exchange emails with NG re properties; | 0.60 | $0.00 |
| 02/19/21 | Investigation of Financial Affairs of Debtors | Review email from TA re sale | 0.10 | $0.00 |
| 02/18/21 | Assets Recap | Asset analysis and recovery, asset disposition Review emails from NG and TA re AZ properties; review emails from TA re vehicles agreement; review attachments re same | 0.70 | $0.00 |
| 02/17/21 | Investigation of Financial Affairs of Debtors | Review email from TA re creditors' dischargeability complaint; review attachment; review email from TA to DA re accounts agreement | 0.40 | $0.00 |
| 02/16/21 | Investigation of Financial Affairs of Debtors | review emails between TA and DA re vehicles | 0.10 | $0.00 |
| 02/12/21 | Investigation of Financial Affairs of Debtors | Review emails from TA re legal authorities re estate; review cases; call with TA re same; draft email to TA re signed agreement | 0.80 | $0.00 |
| 02/12/21 | Investigation of Financial Affairs of Debtors | Call with TA re wire instructions; review records re same; draft email to TA re same | 0.40 | $0.00 |
| 02/11/21 | Investigation of Financial Affairs of Debtors | Exchange emails with TA re bank accounts; review attached case authority re post-petition accounts | 0.50 | $0.00 |
| 02/11/21 | Professionals | Review emails from NG re declarations and listing agreements; review attachments | 0.40 | $0.00 |
| 02/10/21 | Investigation of Financial Affairs of Debtors | Review emails re negotiations re pers ppty; call with TA re same | 0.30 | $0.00 |

### Trustee: Fred Hjelmeset (001090)
### Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|------------|-------|
| 02/10/21 | Professionals | Review email from NG re listing agreements; review attachments; draft email to T re same; review response; draft email to NG | 0.80 | $0.00 |
| 02/08/21 | Investigation of Financial Affairs of Debtors | Call with TA re case issues, assets, exemption issues | 0.30 | $0.00 |
| 02/08/21 | Professionals | Employment and management Exchange emails with NG re listing agreement for AZ properties; Exchange emails with GK re employment application docs; review numerous attachments re same | 0.90 | $0.00 |
| 01/27/21 | Investigation of Financial Affairs of Debtors | Review email from DA re counteroffer | 0.10 | $0.00 |
| 01/26/21 | Investigation of Financial Affairs of Debtors | Review email from TA re Patterson property documents; review attachments | 0.30 | $0.00 |
| 01/25/21 | Investigation of Financial Affairs of Debtors | Review email from TA re HS exemption; draft email to NG re AZ properties; review response; Review email from TA Patterson property; draft response; call with TA re exemptions | 0.70 | $0.00 |
| 01/23/21 | Investigation of Financial Affairs of Debtors | Review email from TA to DA re car values; Review email from TA re docs sent over, questions; call with TA re same | 0.40 | $0.00 |
| 01/22/21 | Investigation of Financial Affairs of Debtors | Review email from DA re response to 1/8 proposal re car values; call with TA re same | 0.20 | $0.00 |
| 01/22/21 | Professionals | Employment and management Review email from TA re employment docs; review 3 attachments; draft response | 0.40 | $0.00 |

# Timesheet Report
## Trustee: Fred Hjelmeset (001090)
## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|-----------|-------|
| 01/15/21 | Investigation of Financial Affairs of Debtors | Review email from TA re car proposal; draft response | 0.20 | $0.00 |
| 01/08/21 | Investigation of Financial Affairs of Debtors | Draft email to West re car values; review response; analyze car values; draft email to DA with proposal re equity | 0.70 | $0.00 |
| 01/07/21 | Investigation of Financial Affairs of Debtors | Review email from DW re Audi statements; review attachment; draft response; draft email to TA re case | 0.40 | $0.00 |
| 01/06/21 | Investigation of Financial Affairs of Debtors | Conduct continued MOC; Review email from Dan re Audi info; Review email from DA re same; Draft responses; Review email from West re car values; Review email from Dan W re Audi info; draft response | 1.50 | $0.00 |
| 01/05/21 | Investigation of Financial Affairs of Debtors | Draft email to West Auctions re values of cars; review response; Review email from Dan W re account statements; review and analyze 20 attachments re statements; draft response re Audi statements | 3.30 | $0.00 |
| 01/04/21 | Investigation of Financial Affairs of Debtors | Review email from DA re Debtors to purchase vehicles | 0.10 | $0.00 |
| 12/21/20 | Investigation of Financial Affairs of Debtors | Review email from Dan W re missing account statements; review and analyze 19 attachments re account statements | 2.80 | $0.00 |
| 12/17/20 | Investigation of Financial Affairs of Debtors | Review documents; draft email to DA re docs requested at MOC, issues re vehicles; review response | 0.50 | $0.00 |
| 12/16/20 | Investigation of Financial Affairs of Debtors | Conduct meeting of creditors; Review email from NG re AZ properties; review docket and analyze documents received | 1.80 | $0.00 |

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)

## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|------------|-------|
| 12/15/20 | Investigation of Financial Affairs of Debtors | Review documents received; draft email to Dan W re further docs needed; review response from DA re same; Exchange further emails with DA re docs needed; prepare for meeting of creditors | 3.10 | $0.00 |
| 12/10/20 | Investigation of Financial Affairs of Debtors | Review 5 email from Dan re docs; review 20 attachments; draft response; draft email to NG re docs re properties; review response | 2.90 | $0.00 |
| 12/08/20 | Investigation of Financial Affairs of Debtors | Review email from DA re docs; draft response; Review email from Dan re shared folder; draft response re request pdf format | 0.40 | $0.00 |
| 12/07/20 | Investigation of Financial Affairs of Debtors | Review records; draft email to DA re no docs received; review response | 0.30 | $0.00 |
| 11/30/20 | Investigation of Financial Affairs of Debtors | Review email from DA re requested docs will be provided in two days | 0.10 | $0.00 |
| 11/23/20 | Investigation of Financial Affairs of Debtors | Review email from DA re docs to come monday | 0.10 | $0.00 |
| 11/18/20 | Investigation of Financial Affairs of Debtors | Review email from DA re doc request, business issues | 0.10 | $0.00 |
| 11/17/20 | Investigation of Financial Affairs of Debtors | Review email from NG re property values; draft response; Exchange further emails with NG re same | 0.40 | $0.00 |
| 11/16/20 | Investigation of Financial Affairs of Debtors | Review docket re filings; draft email to broker Genovese (NG) re value of real properties; review response re same | 2.60 | $0.00 |

# Timesheet Report

## Trustee: Fred Hjelmeset (001090)

## Period: 11/13/20 - 12/22/21

| Date | Category | Description | Hours/Unit | Total |
|------|----------|-------------|------------|-------|
| 11/13/20 | Investigation of Financial Affairs of Debtors | Investigation, review, analysis of financial affairs<br>Review conversion order; initial review of docket; draft email to Debtor's Attorney Zlotoff (DA) re case, request for documents; draft email to creditors' attorney Diemer (KD) re case issues; call wih KD re same | 3.50 | $0.00 |
| | | **Total for case:** | **104.10** | **$0.00** |
| | | **Grand Total:** | **104.10** | **$0.00** |